UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BRETT LAINE,                                           Civil No. 07-3509 MJD/AJB

       Petitioner,

       v.                                                      O R D E R

JESSE SYMMES,

       Respondent.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated August 1, 2007, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Petitioner's application for a writ of habeas corpus, (Docket No. 1), is summarily **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: August 17, 2007

                                                  s/Michael J. Davis
                                                  Judge Michael J. Davis
                                                  U. S. District Court